**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| 3438 ELAINE PLACE CONDOMINIUM ASSOCIATION | |
| Plaintiff. | Case No. 1:23-cv-05368 |
| v. | Judge Jeffrey I. Cummings |
| ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff 3438 Elaine Place Condominium Association, and Defendant Allmerica Financial Benefit Insurance Company, by and through their respective attorneys, that all claims and causes of action in the above-captioned case against Defendant be dismissed without prejudice and without costs, and that all future dates be stricken. Then, the dismissal shall be automatically conferred into a dismissal with prejudice on April 10, 2024, unless on or before the date, a motion to enforce the settlement agreement is pending before the court.

Dated: March 18, 2024                    Respectfully submitted,


/s/ *Steve McCann*                              /s/ *JohnFranco Joyce*
Steve McCann                                    JohnFranco Joyce
Ball & McCann, P.C.                             Lipe Lyons Murphy Nahrstadt & Pontikis
161 N. Clark Street, Suite 1600                 230 W. Monroe St., Ste. 2260
Chicago, Illinois 60601                         Chicago, IL 60606
T: (872) 205-6556                               T: (312) 448-6230
Steve@BallMcCannLaw.com                         jfj@lipelyons.com
*Attorney for Plaintiff*                        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on or before March 18, 2024, he electronically filed the foregoing instrument with the Clerk of Court for the Northern District of Illinois using the CM/ECF system.

By:     */s/ Steve McCann*
         Steve McCann

***Attorney for Plaintiff***
Steve McCann
Ball & McCann, P.C.
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
T: (872) 205-6556
Steve@BallMcCannLaw.com
ARDC No. 6318252